NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PRONOVA BIOPHARMA NORGE AS,**
*Plaintiff-Appellee,*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant,*

AND

**PAR PHARMACEUTICAL, INC.** AND
**PAR PHARMACEUTICAL COMPANIES, INC.,**
*Defendants-Appellants.*

_____

2012-1498, -1499

_____

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 09-CV-0286 and 09-CV-0305, Judge Sue L. Robinson.

_____

**ON MOTION**

_____

**O R D E R**

Teva Pharmaceuticals USA, Inc. ("Teva") and Par Pharmaceutical Companies, Inc. (collectively "Par")

PRONOVA BIOPHARMA NORGE V. TEVA PHARMACEUTICALS    2

jointly move for an extension of time, until January 16, 2013 to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The December 19, 2012 motion is granted.

(2)  The December 13, 2012 motion is withdrawn.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27